| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | BRIAN E. CABRERA (CABN 152446)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5595<br>FAX: (408) 535-5066 |
| 8 | brian.cabrera@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 19 CR 70125 MAG** |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF DISMISSAL; [PROPOSED]** |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| GONZALO RODRIGUEZ-ROBLES, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint against Gonzalo Rodriguez-Robles without prejudice and moves that the Court quash the arrest warrant issued in connection with the Complaint in this case against Defendant Gonzalo Rodriguez-Robles.

DATED: February 25, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
BRIAN E. CABRERA
Assistant United States Attorney

NOTICE OF DISMISSAL
19 CR 70125 MAG

1

Leave is granted to the government to dismiss the Complaint against Gonzalo Rodriguez-Robles. It is further ordered that the arrest warrant issued in connection with the Complaint is quashed.

Date: 2/25/2019

HON. NATHANAEL COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins